176 So.2d 143

**C. A. COLLINS & SONS et al.**

v.

**POPE BROTHERS STEAM CLEANING COMPANY et al.**

No. 47786.

June 28, 1965.

In re: Pope Brothers Steam Cleaning Company and The Home Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 174 So.2d 199.

Writ refused. On the facts found by the Court of Appeal we find no error of law in judgment complained of.

176 So.2d 143

**Anthony J. GUARISCO, John J. Guarisco and Roland A. Verret, Jr.**

v.

**J. C. TRAHAN, Drilling Contractor, Inc.**

No. 47771.

June 28, 1965.

In re: Anthony J. Guarisco, John J. Guarisco and Roland A. Verret, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 173 So.2d 304.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

176 So.2d 144

**The HIBERNIA NATIONAL BANK IN NEW ORLEANS**

v.

**James R. MARY.**

No. 47804.

June 28, 1965.

In re: James R. Mary applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 174 So.2d 200.

The application is denied. There appears no error of law in the judgment complained of.